IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN K. ROBINSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> R.B. ELIASON, et al. ) <br> ) <br> Defendants. ) <br> _____ ) | No. C 04-3966 SBA (pr) <br><br> **ORDER DISMISSING ACTION WITHOUT PREJUDICE** <br><br> (Docket no. 1) |

     This civil action was filed in this Court on September 21, 2004. On that same date the Clerk of the Court notified Plaintiff that his action would be dismissed unless, within thirty days of the date of the notice, he paid the full $150.00 filing fee or filed a completed application for <u>in forma pauperis</u> status, including a signed copy of his prisoner trust account statement for the past six months. More than thirty days have passed, and Plaintiff has not paid the filing fee or filed a completed <u>in forma pauperis</u> application. Therefore, this action is DISMISSED WITHOUT PREJUDICE. The Clerk of the Court shall close the file and terminate all pending motions.

     IT IS SO ORDERED.

DATED: 5/3/05

                                                 s/Saundra BrownArmstrong <br>
                                                 SAUNDRA BROWN ARMSTRONG <br>
                                                 United States District Judge